IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE CLARENCE POOLE, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00187-TES-CHW |
| | * |
| MEDICAL STAFF, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 9, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 9th day of August, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk